UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:19-cv-10703-FDS

| | |
|---|---|
| EILEEN TAYLOR, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| NAPHCARE, INC., | ) ) |
| Defendant | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Eileen Taylor, on behalf of

herself and all others similarly situated, hereby dismisses this action without prejudice.

EILEEN TAYLOR, on behalf of herself and
all others similarly situated,

By her attorneys,

/s/ *Stephen Churchill*
Stephen Churchill (BBO#564158)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-6230
steve@fairworklaw.com

John W. Davis (BBO #648399)
Davis & Davis, P.C.
350 Park Street
Park Place South, Ste. 105
North Reading, Massachusetts 01864
(978) 276-0777
jdavis@davisanddavispc.com

Dated: June 19, 2019

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this date I served a copy of the foregoing document, via the ECF System, on counsel for the Defendant.


Dated: June 19, 2019                                 <u>/s/ *Stephen Churchill*</u>
                                                              Stephen Churchill